UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-----------------------------------------------------------------------X
AMNON ROSEN, on behalf of himself and all others
Similarly situated,

        Plaintiff(s),

        -against-

UNILEVER UNITED STATES, INC.,

        Defendant(s).
-----------------------------------------------------------------------X

Civil Action No. C09 02563

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                S.S.:
COUNTY OF ROCKLAND  )

        DAVID KSIAZEK, being duly sworn, deposes and says that he is over the age of eighteen

years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

        That on the 31st day of July, 2009, at approximately 2:10 PM, deponent served a true copy

of the SUMMONS, CLASS ACTION COMPLAINT, CIVIL COVER SHEET, ORDER SETTING

INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND NORTICE FROM

OFFICE OF THE CLERK OF USDC ND CALIFORNIA upon UNILEVER UNITED STATES, INC. at

700 Sylvan Avenue, Englewood Cliffs, New Jersey 07632, by personally delivering and leaving the same

with GEORGETTE SNYDER, who informed deponent that she is an executive administrator authorized

by UNILEVER UNITED STATES, INC. to receive service at that address.

        GEORGETTE SNYDER is a white female, approximately 44 years of age, stands

approximately 5 feet 4 inches tall, weighs approximately 135 pounds with dirty blonde hair and blue eyes.

DAVID KSIAZEK #0974523

Sworn to before me this
3rd day of August, 2009

NOTARY PUBLIC

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2012

D.L.S., Inc.
145 S. Mountain Rd.
New City, NY 10956
845-639-7559
www.dlsny.com