*IT IS SO ORDERED*
*Judge James Ware*
9/28/2009

WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
JANELLE J. SAHOURIA (CA SBN 253699)
JSahouria@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
UNILEVER UNITED STATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMNON ROSEN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>Defendant. | Case No.   CV 09-02563 JW<br><br>**SECOND STIPULATION TO EXTEND UNILEVER'S TIME TO RESPOND TO THE COMPLAINT**<br><br>[CIVIL L.R. 6-1] |

Pursuant to Civil Local Rule 6-1, plaintiff Amnon Rosen, on behalf of himself and all others similarly situated, and defendant Unilever United States, Inc. ("Unilever") through their undersigned counsel, hereby stipulate as follows:

WHEREAS, this action was filed in this Court on June 9, 2009;

WHEREAS, Unilever was served with the summons and plaintiff's complaint (the "Complaint") on July 31, 2009;

WHEREAS, the deadline for Unilever to answer or otherwise respond to the Complaint was extended until September 21, 2009;

WHEREAS, the parties are currently engaged in settlement discussions;

1  WHEREAS, the parties have agreed to a second extension until October 21, 2009, for
2  Unilever to answer or otherwise respond to the Complaint;
3  WHEREAS, this extension will not alter an event or deadline already entered by the
4  Court.
5  Pursuant to Local Rule 6-1(a), IT IS HEREBY STIPULATED AND AGREED by the
6  parties, through their counsel, that Unilever shall have to and including October 21, 2009, to
7  answer or otherwise respond to the Complaint.

Dated: September 18, 2009

WILLIAM L. STERN
JANELLE J. SAHOURIA
MORRISON & FOERSTER LLP

By:  /s/ Janelle J. Sahouria
     Janelle J. Sahouria

Attorneys for Defendant
UNILEVER UNITED STATES, INC.

Dated: September 18, 2009

MICHAEL R. REESE
KIM E. RICHMAN
REESE RICHMAN LLP

By:  /s/ Michael R. Reese
     Michael R. Reese

Attorneys for Plaintiff
AMNON ROSEN

SECOND STIPULATION TO EXTEND UNILEVER'S TIME TO RESPOND TO THE COMPLAINT
Case No. CV 09-02563 JW
sf-2741168

2

**ECF ATTESTATION**

I, Janelle J. Sahouria, am the ECF User whose ID and Password are being used to file this:

**SECOND STIPULATION TO EXTEND UNILEVER'S TIME TO RESPOND TO THE COMPLAINT**

In compliance with General Order 45, X.B., I hereby attest that Michael R. Reese has concurred in this filing.

Dated: September 18, 2009         MORRISON & FOERSTER LLP


                                  By:  /s/ Janelle J. Sahouria
                                       Janelle J. Sahouria

SECOND STIPULATION TO EXTEND UNILEVER'S TIME TO RESPOND TO THE COMPLAINT
Case No. CV 09-02563 JW
sf-2741168

3