*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| AMNON ROSEN, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>Defendant. | Case No. CV 09-02563 JW<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND ADJOURNMENT OF CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 6-2**<br><br>Action Filed: June 9, 2009<br>Judge: Honorable James Ware |

    Presently before the Court is the parties' Stipulation for Order Extending Time to Respond to Complaint. (Docket Item No. 12.) Although the Court supports the parties' settlement efforts, the parties' request for extension goes beyond what the Court would normally permit. Accordingly, the Court GRANTS the Stipulation in part, as follows:

    (1) Defendant shall have until **November 30, 2009** to file and serve its Answer.

    (2) The October 26, 2009 Case Management Conference is continued to **December 14, 2009 at 10 a.m.** This continuance would provide the parties at least 45 extra days to engage in their settlement efforts prior to their Rule 16 conference with the Court.

    (3) On or before **December 4, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, an update on the parties' settlement effort, and a good faith discovery schedule with a proposed date for the close of all discovery.

Dated: October 15, 2009

                                              /s/ James Ware
                                              JAMES WARE
                                              United States District Judge