| | |
|---|---|
| 1 | WILLIAM L. STERN (CA SBN 96105) |
|   | WStern@mofo.com |
| 2 | JANELLE J. SAHOURIA (CA SBN 253699) |
|   | JSahouria@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
|   | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |
| 6 | Attorneys for Defendant |
|   | UNILEVER UNITED STATES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMNON ROSEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>Defendant. | Case No.    CV 09-02563 JW<br><br>**DEFENDANT'S NOTICE OF RELATED CASE**<br><br>Civil Local Rule 3-12<br><br>Judge: Honorable James Ware<br>Action Filed: June 9, 2009 |

**NOTICE OF RELATED CASE**

Pursuant to Civil Local Rule 3-12(a), Defendant Unilever United States, Inc. ("Defendant") hereby notifies the Court of the pendency of a related action: *Evangeline Red, Jennifer Red, and Rachel Whitt v. Unilever United States, Inc. and Unilever PLC*, Case No. 3:10-CV-00387-CRB, transferred by Judge Morrow (United States District Court for the Central District of California) to the United States District Court to the Northern District of California, San Francisco Division. Judge Morrow issued the transfer order on January 25, 2010. The case has been assigned to the Honorable Charles R. Breyer.

Dated: February 5, 2010

WILLIAM L. STERN
JANELLE J. SAHOURIA
MORRISON & FOERSTER LLP

By: /s/ Janelle J. Sahouria
     Janelle J. Sahouria

Attorneys for Defendant
UNILEVER UNITED STATES, INC.

DEFENDANT'S NOTICE OF RELATED CASE
Case No. CV 09-02563 JW
sf-2797513

1