1   WILLIAM L. STERN (CA SBN 96105)
    WStern@mofo.com
2   JANELLE J. SAHOURIA (CA SBN 253699)
    JSahouria@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone: 415.268.7000
5   Facsimile: 415.268.7522

6   Attorneys for Defendant
    UNILEVER UNITED STATES, INC.

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12  AMNON ROSEN, on behalf of himself and all        Case No.      CV 09-02563 JW
    others similarly situated,
13                                                    **CERTIFICATE OF SERVICE**
                          Plaintiff,
14
          v.
15                                                    Judge:  Honorable James Ware
    UNILEVER UNITED STATES, INC.,                     Action Filed: June 9, 2009
16
                          Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
Case No. CV 09-02563 JW
sf-2788080

1

**CERTIFICATE OF SERVICE**

2        I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address
is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause,
3    and I am over the age of eighteen years.

4        I further declare that on February 5, 2010, I served a copy of:

5        **DEFENDANT'S NOTICE OF RELATED CASE**

6    ☒  **BY U.S. MAIL [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in
a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and
7        mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482
in accordance with Morrison & Foerster LLP's ordinary business practices.
8

9        I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of
correspondence for mailing with the United States Postal Service, and know that in the
10       ordinary course of Morrison & Foerster LLP's business practice the document(s) described
above will be deposited with the United States Postal Service on the same date that it (they) is
11       (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and
mailing.
12

13   ☒  **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)]** by electronically mailing a
true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail
14       address(s) set forth below, or as stated on the attached service list per agreement in
accordance with Federal Rules of Civil Procedure rule 5(b).
15

16       **SEE ATTACHED SERVICE LIST**

17

18       I declare under penalty of perjury that the foregoing is true and correct.

19       Executed at San Francisco, California, this 5th day of February, 2010.

20

21   _____          _____
         Linda S. Long                         *Linda S Long*
22           (typed)                              (signature)

23

24

25

26

27

28

1

**SERVICE LIST**

2

3    Gregory S. Weston
     Weston Firm
4    888 Turquoise Street
     San Diego, CA 92109
5    Telephone: 858-488-1672
     Facsimile: 480-247-4553
6    Email: greg@westonfirm.com

7    Counsel for Evangeline Red, Jennifer Red, and Rachel Whitt

8

9    Jared H. Beck
     Beck & Lee Business Trial Lawyers
10   28 West Flagler Street, Suite 555
     Miami, FL 33130
11   Telephone: 305-789-0072
     Facsimile: 786-664-3334
12   Email: jared@beckandlee.com

13   Counsel for Evangeline Red, Jennifer Red, and Rachel Whitt

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28