THE WESTON FIRM
GREGORY S. WESTON (239944)
888 Turquoise Street
San Diego, CA 92109
Telephone:     (858) 488-1672
Facsimile:     (480) 247-4553
greg@westonfirm.com

BECK & LEE BUSINESS TRIAL LAWYERS
JARED H. BECK (233743)
Courthouse Plaza Building
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone:     310 789 0072
Facsimile:     786 664 3334
jared@beckandlee.com

Counsel for *Red* Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNON ROSEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>Defendant. | Case No: 5:09-cv-02563 JW<br>Pleading Type: Class Action<br><br>**RED PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND SET ORAL ARGUMENT FOR UNILEVER UNITED STATES INC.'S MOTION TO DISMISS THE *RED* COMPLAINT**<br><br>Judge: The Hon. James Ware |
| EVANGELINE RED, JENNIFER RED, and RACHEL WHITT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER PLC and UNILEVER UNITED STATES, INC.,<br><br>Defendants. | Case No: 3:10-cv-00387 CB<br>Pleading Type: Class Action<br><br>Judge: The Hon. Charles Breyer |

---

*Rosen et al. v. Unilever United States, Inc.*, Case No. 5:09-cv-02563 JW
RED PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO RELATE CASE AND SET
ORAL ARGUMENT FOR DEFENDANT'S MOTION TO DISMISS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to N.D. Cal. Civil Local Rules 3-12 and 7-11, Plaintiffs Evangeline Red, Jennifer Red, and Rachel Whitt ("*Red* Plaintiffs") in case No. 3:10-cv-00387 CB hereby file this Administrative Motion to consider whether the following cases should be related:

1. *Rosen v. Unilever United States, Inc.*, No. 5:09-cv-02563 JW (N.D. Cal. filed June 9, 2009).

2. *Red et al. v. Unilever PLC et al.* No. 3:10-cv-00387 CB (N.D. Cal. October 28, 2009).

*Red* Plaintiffs further move that Unilever United States Inc. ("Unilever")'s already filed and submitted motion to dismiss *Red* Plaintiffs' class action complaint (*Red* Dkt. Nos. 11-14, 22, 23, 26, and 27) be set for oral argument on March 1, 2010 at 9:00 a.m., the time of the hearing of Unilever's similar motion to dismiss the *Rosen* complaint.

**I.     THE *RED* AND *ROSEN* CLASS ACTIONS SHOULD BE RELATED**

Local Rule 3-12 provides that an action is related to another when they "concern substantially the same parties, property, transaction or event; and [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Such is the situation before the Court in both of the above class action cases on behalf of purchasers of Unilever margarine products against Unilever. While differing in some particulars, both allege Unilever United States, Inc. violated California Law in selling I Can't Believe It's Not Butter! products that contain partially hydrogenated vegetable oil. The class definitions are also similar. The *Red* action was brought on behalf of:

> All persons (excluding officers, directors, and employees of Unilever) who purchased, on or after January 1, 2000, one or more Unilever margarine products containing artificial trans fat for their own use rather than resale or distribution.

While the *Rosen* Class consists of:

> All Californians who purchased I Can't Believe It's Not Butter during the Class Period defined as June 2004 to the present.

Indeed, the cases have already been found related. Concurrent with its motion to dismiss for failure to state a claim, Unilever separately moved that the *Red* action should be stayed

1

because of the pendency of the *Rosen* Action, as Unilever maintained *Red* was a "copycat" case. Rather than dismissing or staying the *Red* Action as Unilever sought, the Hon. Margaret M. Morrow, finding there would be efficiencies in the cases being tried in front of the same court, transferred the action to the Northern District of California, where it was assigned to the Hon. Bernard Zimmerman. *See Order Transferring Action to Northern District of California,* Docket No. 28.[1] On February 3, 2010, Unilever filed a declination to proceed before a Magistrate Judge and *Red* was reassigned to the Hon. Charles Breyer.

## II.   THE HEARING FOR THE MOTIONS TO DISMISS THE *RED* AND *ROSEN* CLASS ACTIONS SHOULD BOTH BE SET FOR MARCH 1, 2010.

### A.  The *Red* Motion to Dismiss

On November 30, 2009 Unilever moved to dismiss the *Red* action on the grounds the claims are preempted and fail to state a claim. On January 8, 2010 *Red* Plaintiffs filed their opposition brief. On January 25, 2010 Unilever filed its reply in support. The hearing for this motion was set for February 8, 2010. However, as described above, Judge Morrow ordered the *Red* action transferred to the Northern District of California.

### B.  The *Rosen* Motion to Dismiss

Unilever filed its motion to dismiss the *Rosen* action on the same preemption and failure to state a claim grounds on November 30, 2009. Rosen's opposition is due February 8, 2010. Unilever's reply is due February 15, 2010.

### C.  Argument

The *Red* motion to dismiss has been fully briefed and is ready to be decided. The resolution of the *Rosen* motion to dismiss will not, by itself, resolve the *Red* motion to dismiss because Red's action involves several theories of relief not described in *Rosen* complaint. For example, Red seeks relief for purchasers of Country Crock margarine, seeks a nationwide rather than California class, and involves a longer class period by alleging the statute of limitations was tolled by Unilever's conduct. Red also seeks relief under the Lanham act, while Rosen does not.

---

[1] "[T]he most prudent course of action appears to be a transfer of the Red case to the Northern District of California. Transfer may facilitate consolidation of the two class actions, and/or integration of Red's Lanham Act claim in any settlement ultimately approved by the court."

2

*Rosen et al. v. Unilever United States, Inc.,* Case No. 5:09-cv-02563 JW
RED PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO RELATE CASE AND SET ORAL ARGUMENT FOR DEFENDANT'S MOTION TO DISMISS

Nonetheless, there is an obvious efficiency in having the legal sufficiency of the two proposed class actions resolved at the same hearing. Unilever argues that both the *Red* and *Rosen* actions are preempted by federal law, and in the alternative argues both actions fail to state a claim because the challenged nutrition claims amount to non-actionable puffery.

## III.     CONCLUSION

For the reasons stated herein, Plaintiffs Evangeline Red, Jennifer Red, and Rachel Whitt respectfully pray the Court relate the *Red* class action against Unilever to the *Rosen* class action against Unilever, and further set the hearing for Unilever's motion to dismiss the *Red* action to 9:00 a.m. on March 1, 2010.

DATED: February 8, 2010                                  Respectfully Submitted,

                                                                                  s/Gregory S. Weston
                                                                                  Gregory S. Weston
                                                                                  THE WESTON FIRM
                                                                                  888 Turquoise Street
                                                                                  San Diego, California 92109
                                                                                  Telephone:     858 488 1672
                                                                                  Facsimile:      480 247 4553

                                                                                  BECK & LEE BUSINESS TRIAL LAWYERS
                                                                                  Jared H. Beck
                                                                                  Courthouse Plaza Building
                                                                                  28 West Flagler Street, Suite 555
                                                                                  Miami, FL 33130
                                                                                  Telephone:     305 789 0072
                                                                                  Facsimile:      786 664 3334
                                                                                  jared@beckandlee.com

                                                                                  Counsel for *Red* Plaintiffs

---

3

*Rosen et al. v. Unilever United States, Inc.*, Case No. 5:09-cv-02563 JW
RED PLAINTIFFS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO RELATE CASE AND SET
ORAL ARGUMENT FOR DEFENDANT'S MOTION TO DISMISS

# CERTIFICATE OF SERVICE

I, Gregory S. Weston, declare:

I am an active member of the State Bar of California. I am over the age of 18 and not a party to the within action. My business address is The Weston Firm, 888 Turquoise Street, San Diego, California 92109. On **February 8, 2010**, I served the following Documents: ***Red Plaintiffs' Notice of Motion and Administrative Motion to Relate Case and Set Oral Argument for Defendant Unilever United States, Inc.'s Motion to Dismiss**, **Proposed Order Attached Thereto, and Declaration of Gregory S. Weston in Support*** by transmitting via e-filing the document listed to the Case Management/ECF system.

| | |
|---|---|
| Jared H. Beck<br>Beck & Lee Business Trial Lawyers<br>28 West Flagler Street, Suite 555<br>Miami, FL 33130<br>Tel:     305 789 0072<br>Fax:    786 664 3334<br>jared@beckandlee.com<br>***Attorney for Red Plaintiffs*** | William L. Stern<br>Janelle J. Sahouria<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Tel:     415 268 7000<br>Fax:    415 268 7522<br>wstern@mofo.com<br>jsahouria@mofo.com<br>***Attorneys for Defendants Unilever PLC and Unilever United States, Inc.*** |

Michael R. Reese
Kim E. Richman
Belinda L. Williams
Reese Richman LLP
875 Avenue of the Americas, 18th Floor
New York, NY 10001
Tel:     212 643 0500
Fax:    212 253 4272
***Attorneys for Rosen Plaintiffs***

Executed on February 8, 2010, in San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

s/Gregory S. Weston<br>
Gregory S. Weston, Esq.

---