WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
JANELLE J. SAHOURIA (CA SBN 253699)
JSahouria@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
UNILEVER UNITED STATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMNON ROSEN, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>                    Defendant. | Case No.    CV 09-02563 JW<br><br>**DEFENDANT'S RESPONSE IN SUPPORT OF RED PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND SET ORAL ARGUMENT FOR UNILEVER UNITED STATES, INC.'S MOTION TO DISMISS THE RED COMPLAINT**<br><br>Civil Local Rule 3-12<br><br>Judge:  Honorable James Ware<br>Action Filed:  June 9, 2009 |

Defendant Unilever United States, Inc. ("Unilever") supports this Court granting the *Red* Plaintiffs' Administrative Motion to Consider Whether Cases Should Be Related and Set Oral Argument for Unilever United States, Inc.'s Motion to Dismiss the *Red* Complaint. The following cases should be related:

- *Rosen v. Unilever United States, Inc.*, No. 5:09-cv-02563 JW (N.D. Cal., filed June 9, 2009).
- *Red et al. v. Unilever PLC et al.*, No. 3:10-cv-00387 CB (N.D. Cal., filed October 28, 2009).

Unilever also agrees that the hearing on its motion to dismiss in *Red v. Unilever PLC et al.* should be set for March 1, 2010 at 9:00 a.m. before Judge Ware. The issues raised in that motion are similar to the issues raised in Unilever's motion to dismiss in this action, which is set for hearing on the same date. (Dkt. No. 20.) It would advance interests of judicial efficiency and promote sound case management for those two motions to be heard together.

Dated: February 9, 2010

WILLIAM L. STERN
JANELLE J. SAHOURIA
MORRISON & FOERSTER LLP

By: /s/ Janelle J. Sahouria
     Janelle J. Sahouria

Attorneys for Defendant
UNILEVER UNITED STATES, INC.

DEFENDANT'S RESPONSE ISO RED PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. CV 09-02563 JW
sf-2801563

1