1 | MICHAEL R. REESE (CA SBN 206773)
mreese@reeserichman.com
2 | KIM E. RICHMAN
kim@reeserichman.com
3 | BELINDA L. WILLIAMS
belinda@reeserichman.com
4 | **REESE RICHMAN LLP**
875 Sixth Avenue, 18th Floor
5 | New York, New York, 10001
Telephone: (212) 643-0500
6 | Facsimile: (212) 253-4272

7 | Attorneys for Plaintiff
AMNON ROSEN, on behalf of himself and all others similarly
8 | situated

9 | WILLIAM L. STERN (CA SBN 96105)
wstern@mofo.com
10 | JANELLE J. SAHOURIA (CA SBN 253699)
jsahouria@mofo.com
11 | **MORRISON & FOERSTER LLP**
425 Market Street
12 | San Francisco, California 94105-2482
Telephone: 415.268.7000
13 | Facsimile: 415.268.7522

14 | Attorneys for Defendant
CONOPCO, INC. (sued herein as UNILEVER UNITED
15 | STATES, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| AMNON ROSEN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>Defendant. | Case No.   C-09-02563 JW<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:         March 1, 2010<br>Time:        10:00 a.m.<br>Courtroom:  Hon. James S. Ware |

JOINT CASE MANAGEMENT STATEMENT
Case No. C-09-02563 JW
sf-2806912

1

Pursuant to Civil Local Rule 16-10(d), the parties to the above-entitled action jointly submit this Joint Case Management Statement in advance of the Case Management Conference scheduled for 10:00 a.m. on March 1, 2010. The Parties submit this Statement in order to update the Court on the status of: (1) on-going settlement discussions and (2) discovery.

## I.     RELATED CASE

On February 17, 2010, this Court reassigned the related case, *Evangeline Red et al. v. Unilever United States* (Case No. 09-CV-02563) ("*Red*") to Judge Ware. Both cases challenge product marketing and advertising for Unilever's soft spreads.

## II.    STATUS OF SETTLEMENT DISCUSSIONS

The parties have been ordered to complete mediation by March 26, 2010. (Dkt. 26.) Although the Court's mediation order addresses only this case, the parties have agreed that the mediation should involve both this case and *Red*. The mediation will take place on March 18, 2010 at 9:00 a.m., before the court-appointed mediator Mark Petersen.

## III.   STATUS OF DISCOVERY

On December 8, 2009, this Court entered a Scheduling Order setting a discovery deadline of September 27, 2010. (Dkt. 25.)

Plaintiff has served Defendant with discovery requests, both document requests and interrogatories. Defendant objected to these requests and has not produced any discovery to date based upon its interpretation of this Court's December 8, 2009 Scheduling Order. Accordingly, Plaintiff hereby requests clarification as to whether this Court's December 8, 2009 Scheduling Order imposed any stay of discovery. Unilever disagrees, and believes that it makes no sense to commence merits discovery until there has been a ruling on the pending motion to dismiss and the parties know which issues will proceed.

1  Respectfully submitted,

2  Dated: February 22, 2010            MICHAEL R. REESE
                                        KIM E. RICHMAN
3                                       BELINDA L. WILLIAMS
                                        REESE RICHMAN LLP
4

5                                       By:  */s/ Michael R. Reese*
                                             MICHAEL R. REESE
6
                                        Attorneys for Plaintiff AMNON
7                                       ROSEN, on behalf of himself and all
                                        others similarly situated
8

9                                       WILLIAM L. STERN
                                        JANELLE J. SAHOURIA
10                                      MORRISON & FOERSTER LLP

11

12                                      By:  */s/ Janelle J. Sahouria*
                                             WILLIAM L. STERN
13                                           JANELLE J. SAHOURIA

14                                      Attorneys for Defendant
                                        CONOPCO, INC. (sued herein as
15                                      UNILEVER UNITED STATES, INC.)

16

17      I, Michael R. Reese, am the ECF User whose ID and password are being used to file this

18  Joint Case Management Statement.  In compliance with General Order 45, X.B., I hereby attest

19  that Janelle J. Sahouria, counsel for Defendant, has concurred in this filing.

20  Dated: February 22, 2010            MICHAEL R. REESE
                                        REESE RICHMAN LLP
21

22                                      By:  */s/ Michael R. Reese*
                                             MICHAEL R. REESE
23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT
Case No.  C-09-02563 JW
sf-2806912

3