MICHAEL R. REESE (CA SBN 206773)
mreese@reeserichman.com
**REESE RICHMAN LLP**
875 Sixth Avenue, 18th Floor
New York, New York, 10001
Telephone:  (212) 643-0500
Facsimile:   (212) 253-4272

**Attorney for Plaintiff in the *Rosen* action**

GREGORY S. WESTON (CA SBN 239944)
greg@westonfirm.com
**THE WESTON FIRM**
888 Turquoise Street
San Diego, California 92109
Telephone:  (858) 488-1672
Facsimile:   (480) 247-4553

**Attorneys for Plaintiffs in the *Red* action**
(additional plaintiffs' counsel listed on signature page)

WILLIAM L. STERN (CA SBN 96105)
wstern@mofo.com
JANELLE J. SAHOURIA (CA SBN 253699)
jsahouria@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

**Attorneys for Defendant
CONOPCO, INC. (sued herein as UNILEVER UNITED STATES, INC.)**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| AMNON ROSEN, et al.,          / | Case No.     C-09-02563 JW |
| EVANGELINE RED, et al.        / | Case No.     C-10-00387 JW |
| Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT** |
| v. | Date: March 8, 2010 |
| UNILEVER UNITED STATES, INC., | Time:  10:00 a.m. |
| Defendant.          / | Courtroom:  Hon. James S. Ware |

JOINT CASE MANAGEMENT STATEMENT
Case Nos.  C-09-02563 JW and C-10-00387 JW

1

In response to this Court's Orders dated February 17, 2010 (Dkt.39) entered in the matter of *Rosen v. Unilever United States, Inc.* C-09-2563 JW ("*Rosen*") and *Red v. Unilever United States, Inc.* C-10-00387 JW ("*Red*"), the parties to the above-entitled actions jointly submit this Joint Case Management Statement in advance of the Case Management Conference scheduled for 10:00 a.m. on March 8, 2010.

## I. REQUEST FOR ADJOURNMENT OF CASE MANAGEMENT CONFERENCE

On February 25, 2010, the Parties made a joint request for adjournment of the case management conference scheduled for March 8, 2010 to April 26, 2010 due to the unavailability of Plaintiff Amnon Rosen's counsel on March 8th.

## II. CONSOLIDATION AND SCHEDULING

**Plaintiffs' Position**

Plaintiffs in the *Rosen* and *Red* matters have not yet formed a position on consolidation or scheduling. However, Plaintiffs' counsel in both the *Rosen* and *Red* matters will coordinate their prosecutions of the two matters, to the extent possible. Additionally, plaintiffs' counsel in the *Red* matter will attend a settlement mediation scheduled in the *Rosen* matter to occur on March 18, 2010 before mediator Mark Petersen in San Francisco, California.

**Defendants' Position**

Defendant Unilever United States, Inc. does not oppose consolidation of *Rosen* and *Red*. Although the complaint in *Red* named Unilever PLC as a defendant, the party was never served in that action.

Respectfully submitted,

Dated: February 26, 2010

MICHAEL R. REESE
**REESE RICHMAN LLP**

By: */s/ Michael R. Reese*
    MICHAEL R. REESE

*Attorney for plaintiff in the Rosen action*

GREGORY S. WESTON
**THE WESTON FIRM**

By: *Gregory S. Weston*
    GREGORY S. WESTON

- and -

JARED H. BECK (CA SBN 233743)
**BECK & LEE BUSINESS TRIAL LAWYERS**
jared@beckandlee.com
28 West Flagler Street, Suite 555
Miami, FL 33130
Telephone: (305) 789-0072
Facsimile: (786) 664-3334

*Attorneys for plaintiffs in the Red action*

WILLIAM L. STERN
JANELLE J. SAHOURIA
MORRISON & FOERSTER LLP

By: */s/ Janelle J. Sahouria*
    WILLIAM L. STERN
    JANELLE J. SAHOURIA

*Attorneys for Defendant CONOPCO, INC. (sued herein as UNILEVER UNITED STATES, INC.)*

1  I, Michael R. Reese, am the ECF User whose ID and password are being used to file this Joint Case Management Statement. In compliance with General Order 45, X.B., I hereby attest that Gregory S. Weston, counsel for plaintiffs in the *Red* action, and Janelle Sahouria, counsel for Defendant, have concurred in this filing.

Dated: February 26, 2010

MICHAEL R. REESE
REESE RICHMAN LLP

By: */s/ Michael R. Reese*
      MICHAEL R. REESE