| | |
|---|---|
| 1 | MICHAEL R. REESE (CA SBN 206773) |
|   | mreese@reeserichman.com |
| 2 | **REESE RICHMAN LLP** |
|   | 875 Sixth Avenue, 18th Floor |
| 3 | New York, New York, 10001 |
|   | Telephone:  (212) 643-0500 |
| 4 | Facsimile:   (212) 253-4272 |
| 5 | **Attorneys for Plaintiffs Amnon Rosen** |
| 6 | GREGORY S. WESTON (CA SBN 239944) |
|   | greg@westonfirm.com |
| 7 | **THE WESTON FIRM** |
|   | 888 Turquoise Street |
| 8 | San Diego, California 92109 |
|   | Telephone:  (858) 488-1672 |
| 9 | Facsimile:   (480) 247-4553 |
| 10 | **Attorney for Plaintiff Evangeline Red** |
|   | (additional plaintiffs' counsel listed on signature page) |
| 11 | |
|   | WILLIAM L. STERN (CA SBN 96105) |
| 12 | wstern@mofo.com |
|   | JANELLE J. SAHOURIA (CA SBN 253699) |
| 13 | jsahouria@mofo.com |
|   | **MORRISON & FOERSTER LLP** |
| 14 | 425 Market Street |
|   | San Francisco, California  94105-2482 |
| 15 | Telephone: (415) 268.7000 |
|   | Facsimile:  (415) 268.7522 |
| 16 | |
|   | **Attorneys for Defendant** |
| 17 | **CONOPCO, INC. (sued herein as UNILEVER UNITED STATES, INC.)** |
| 18 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | | |
|---|---|---|
| AMNON ROSEN, et al.,             / | Case No. | C-09-02563 JW |
| EVANGELINE RED, et al.          / | Case No. | C-10-00387 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ADJOURNING CASE MANAGEMENT CONFERENCE** | |
| v. | Current Date: March 8, 2010 | |
| UNILEVER UNITED STATES, INC., | Time: 10:00 a.m. | |
| Defendant.                    / | Courtroom:  Hon. James   Ware | |

 STIPULATION AND [PROPOSED] ORDER ADJOURNING CASE MANAGEMENT CONFERENCE
Case Nos.  C-09-02563 JW and C-10-00387 JW

1

1  WHEREAS, on February 17, 2010 (Dkt. 39), this Court scheduled a case management
2  conference to occur on March 8, 2010 in the two above-captioned matters;

3  WHEREAS, counsel for Plaintiff Amnon Rosen is unavailable on March 8, 2010 as he is
4  required to be in court in a different federal district that day;

5  WHEREAS, the Parties have met and conferred regarding the March 8, 2010 scheduling
6  conflict and have, upon this court's permission, agreed to adjournment of the case management
7  conference to 10:00 a.m. on April 26, 2010, or the first day thereafter available to the Court.

8  IT IS HEREBY AGREED TO, upon permission of the Court, that:

9  The case management conference in *Rosen v. Unilever United States Inc.*, case
10  no. 09-2563 JW and *Red v. Unilever United States Inc.*, case no. 10-00387 JW
11  currently scheduled for March 8, 2010 is adjourned to 10:00 a.m. on April 26,
12  2010, or the first date otherwise available to the Court.

| | |
|---|---|
| MICHAEL R. REESE<br>**REESE RICHMAN LLP** | WILLIAM L. STERN<br>JANELLE J. SAHOURIA<br>**MORRISON & FOERSTER LLP** |
| By: */s/ Michael R. Reese*<br>     MICHAEL R. REESE | By: */s/ William J. Stern*<br>     WILLIAM L. STERN<br>     JANELLE J. SAHOURIA |
| *Attorney for Plaintiff Rosen* | *Attorneys for Defendant*<br>*CONOPCO, INC. (sued herein as*<br>*UNILEVER UNITED STATES, INC.)* |
| GREGORY S. WESTON<br>**THE WESTON FIRM** | |
| By: */s/ Gregory S. Weston*<br>     GREGORY S. WESTON | Dated: February 25, 2010 |
| - and - | |
| JARED H. BECK (CA SBN 233743)<br>**BECK & LEE BUSINESS TRIAL LAWYERS**<br>jared@beckandlee.com<br>28 West Flagler Street, Suite 555<br>Miami, Florida 33130<br>Telephone: (305) 789-0072<br>Facsimile: (786) 664-3334 | |
| *Attorneys for Plaintiff Red* | |

STIPULATION AND [PROPOSED] ORDER ADJOURNING CASE MANAGEMENT CONFERENCE
Case Nos. C-09-02563 JW and C-10-00387 JW

2

1 | I, Michael R. Reese, am the ECF User whose ID and password are being used to file this Joint Case Management Statement. In compliance with General Order 45, X.B., I hereby attest that Gregory S. Weston, counsel for Plaintiff Evangeline Red, and William Stern, counsel for Defendant, has concurred in this filing.

Dated: February 25, 2010

MICHAEL R. REESE
REESE RICHMAN LLP

By: */s/ Michael R. Reese*
     MICHAEL R. REESE

**PURSUANT TO STIPULATION OF THE PARTIES IT IS HEREBY ORDERED THAT:**

The case management conference in *Rosen v. Unilever United States Inc.*, case no. 09-2563 JW and *Red v. Unilever United States Inc.*, case no. 10-00387 JW currently scheduled for March 8, 2010 is adjourned to 10:00 a.m. on April 26, 2010. Pursuant to this Court's Individual Practices, the case management statement currently due February 26, 2010 is now due to be filed with the Court no later than April 16, 2010.

**DATED:** March 3, 2010

_____
**James Ware**
**United States District Judge**