| | |
|---|---|
| BECK & LEE BUSINESS TRIAL LAWYERS<br>JARED H. BECK (233743)<br>28 West Flagler Street, Suite 555<br>Miami, FL 33130<br>Telephone: 305 789 0072<br>Facsimile: 786 664 3334<br>jared@beckandlee.com | REESE RICHMAN LLP<br>MICHAEL R. REESE (206773)<br>875 6th Avenue, 18th Floor<br>New York, NY 10001<br>Telephone:   212 643 0500<br>Facsimile:    212 253 4272<br>mreese@reeserichman.com |

THE WESTON FIRM
GREGORY S. WESTON (239944)
JACK FITZGERALD (257370)
888 Turquoise Street
San Diego, CA  92109
Telephone:   858 488 1672
Facsimile:    480 247 4553
greg@westonfirm.com
jack@westonfirm.com

<u>Counsel for Plaintiff and the Proposed Class</u>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNON ROSEN, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>          Defendant. | Case No: C-09-02563 JW<br>Pleading Type: Class Action<br><br>**NOTICE OF APPEARANCE OF JARED H. BECK AS ATTORNEY FOR PLAINTIFF** |

*Rosen v. Unilever United States, Inc.*, Case No. C-09-02563 JW
NOTICE OF APPEARANCE OF JARED H. BECK AS ATTORNEY FOR PLAINTIFF

1

**TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:**

  **PLEASE TAKE NOTICE** that Jared H. Beck hereby appears as Counsel for Plaintiff in the above referenced action.

All pleadings and papers should be served electronically in this action via CM/ECF to jared@beckandlee.com.

DATED: March 17, 2010

            s/Jared H. Beck
            By: Jared H. Beck

            BECK & LEE BUSINESS TRIAL LAWYERS
            JARED H. BECK
            28 W. Flagler Street, Suite 555
            Miami, FL 33130
            Telephone: (305) 789-0072
            Facsimile: (786) 664-3334
            jared@beckandlee.com

            REESE RICHMAN LLP
            MICHAEL R. REESE (206773)
            875 6th Avenue, 18th Floor
            New York, NY 10001
            Telephone: 212 643 0500
            Facsimile: 212 253 4272
            mreese@reeserichman.com

            THE WESTON FIRM
            Gregory S. Weston
            Jack Fitzgerald
            888 Turquoise Street
            San Diego, CA 92109
            Telephone: (858) 488 1672
            Facsimile: (480) 247 4553

            <u>Counsel for Plaintiff and the Proposed Class</u>

*Rosen v. Unilever United States, Inc.*, Case No. C-09-02563 JW
NOTICE OF APPEARANCE OF JARED H. BECK AS ATTORNEY FOR PLAINTIFF

2