IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Amnon Rosen, | NO. C 09-02563 JW |
|       Plaintiff, | **JUDGMENT** |
|   v. | |
| Unilever United States, Inc., | |
|       Defendant. | |

Pursuant to the Court's May 3, 2010 Order Granting Defendant's Motion to Dismiss With Prejudice, judgment is entered in favor of Defendant Unilever United States, Inc., against Plaintiff Amnon Rosen.

Each party shall bear their own fees and costs.  The Clerk shall close this file.

Dated:  May 3, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gregory Steven Weston greg@westonfirm.com
Janelle Jad Sahouria jsahouria@mofo.com
Kim E. Richman eli@reeserichman.com
Michael Robert Reese michael@reeserichman.com
William Lewis Stern wstern@mofo.com

**Dated:  May 3, 2010**                                      **Richard W. Wieking, Clerk**

**By:        /s/ JW Chambers**
           **Elizabeth Garcia**
           **Courtroom Deputy**